157 So. 872

## JACKSON v. STATE.
### 4 Div. 78.

Court of Appeals of Alabama.
Nov. 27, 1934.

BRICKEN, Presiding Judge.

This appeal is from a judgment of conviction in proceedings in bastardy, and has been submitted in this court without an assignment of errors. The judgment of conviction from which this appeal was taken must therefore stand affirmed for want of assignment of errors. Williams v. State, 117 Ala. 199, 23 So. 42.

Affirmed.